No. 2811. LACOSTA, APPELLEE, v. RIVERA, APPELLANT. — District Court of San Juan, Section 1. Decided November 7, 1922. It appearing that the judgment was entered on April 24 and the appeal was taken on May 24; that several extensions were granted the appellant for filing the transcript, the last of which expired on September 21, 1922, and the transcript not having been filed, the motion is sustained and the appeal is dismissed.

No. 2867. BUXÓ ET AL., APPELLANTS, v. BUXÓ, APPELLEE.— District Court of Humacao.—Decided November 7, 1922. Motion by the appellee for dismissal accompanied by a certificate. The transcript not having been filed within the legal term, the motion is sustained.

Nos. 2871 and 2872. CASTRO, APPELLANT, v. ROBLEDO, APPELLEE.—District Court of Humacao. Decided November 7, 1922. The motions of withdrawal made by the appellant in both cases are sustained.

No. 2666. GONZÁLEZ, APPELLANT, v. AMARO, APPELLEE.— District Court of Mayagüez. Decided November 9, 1922. The motion of withdrawal made by the appellant is sustained.

No. 25. SAN JUAN RACING & SPORTING CLUB ET AL., v. FIRST DISTRICT COURT OF SAN JUAN, RESPONDENT.—Writ of Prohibition. Decided November 9, 1922. The question raised by this writ having been decided in *San Juan Racing & Sporting Club* v. *District Court of San Juan,* 30 P. R. R. 930, for the reasons therein stated the writ of prohibition is discharged.

No. 2842. RIVAS, APPELLEE, v. MORALES, APPELLANT. — First District Court of San Juan. Decided November 9, 1922. Considering the appellee's motion for dismissal and the appellant's opposition thereto, the motion is sustained.